**DeLana SATTARIN, Appellant,**

v.

**Dr. Peter SINGELMANN,
et al., Respondent.**

**No. WD 70179.**

Missouri Court of Appeals,
Western District.

Aug. 14, 2009.

Larry D. Coleman, for Appellant.

Paul Maguffee, for Respondent.

Before Division Three: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

### *ORDER*

PER CURIAM:

DeLana Sattarin appeals the dismissal of her lawsuit against Peter Singlemann, a sociology professor at the University of Missouri–Kansas City, and the Curators of the University of Missouri. Sattarin alleges she was subjected to racial discrimination in public accommodation by Singlemann and the Curators in violation of the Missouri Human Rights Act (MHRA). *§ 213.010 et. seq.* After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. A formal written opinion would have no precedential value; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

■

**Earl CARTER, JR., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69370.**

Missouri Court of Appeals,
Western District.

Aug. 14, 2009.

Frederick Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM:

Earl Carter appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Affirmed. Rule 84.16(b).